# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| STEPHEN GEORGE STERNER, SR., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, ) <br> LLC, TRANSUNION, and EXPERIAN, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 2:18-cv-159 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Clifton L. Corker |

## MEMORANDUM AND ORDER

*Pro se* Plaintiff Stephen George Sterner, Sr. initiated this action on September 20, 2018. (Doc. 2.) On January 14, 2019, the Court issued a show-cause order in this case, noting that more than ninety days had passed since Plaintiff filed his complaint and there is no evidence in the record that Plaintiff timely served Defendant Equifax Information Services, LLC ("Equifax") or TransUnion. (Doc. 11.) The Court ordered Plaintiff to file a response showing good cause as to why his claims against Equifax and TransUnion should not be dismissed without prejudice pursuant to Rule 4(m). (*Id.*) On January 25, 2019, Plaintiff filed a "motion to amend and address The Defants council." (Doc. 12.) Other than a vague reference to sending mail via the United States Postal Service on November 27, 2018 (Doc. 12, at 2), Plaintiff's motion does not address the Court's show-cause order regarding service on Equifax or TransUnion. The deadline to comply with the Court's order (Doc. 11) has now passed. Accordingly, Plaintiff's claims against Equifax and TransUnion are **DISMISSED WITHOUT PREJUDICE** prejudice pursuant to Rule 4(m). *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**